# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Morgan, Donna S. | 2. Court or Organization<br><br>U. S. District Court, Eastern District of Louisiana | 3. Date of Report<br><br>05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>500 Poydras St., Room C322<br>New Orleans, LA 70130 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Education Committee of the Louisiana Bar Foundation |
| 2. | Member of the Board of Directors | New Orleans Chapter of the Federal Bar Association |
| 3. | Member | Community Advisory Board for Le Petit Theatre |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | McGlinchey Stafford PLLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Neighbors Federal Credit Union | A | Interest | J | T | | | | | |
| 2. Iberia Bank checking accounts | A | Interest | L | T | | | | | |
| 3. Apache Corp | A | Int./Div. | J | T | Buy (add'l) | 02/23/17 | J | | |
| 4. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 5. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 6. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 7. C H Robinson Worldwide | | None | | | Buy (add'l) | 01/03/17 | J | | |
| 8. | | | | | Sold | 02/14/17 | K | C | |
| 9. Fluor Corporation New | | None | | | Buy (add'l) | 01/05/17 | J | | |
| 10. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 11. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 12. | | | | | Sold | 08/11/17 | K | | |
| 13. Deere & Co | | None | | | Buy (add'l) | 02/02/17 | J | | |
| 14. | | | | | Sold | 02/06/17 | K | D | |
| 15. Dover Corporation | A | Int./Div. | K | T | Buy (add'l) | 03/16/17 | J | | |
| 16. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 17. | | | | | Buy (add'l) | 09/18/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 12/18/17 | J | | |
| 19. Bed Bath & Beyond | | None | | | Buy<br>(add'l) | 01/18/17 | J | | |
| 20. | | | | | Buy<br>(add'l) | 04/19/17 | J | | |
| 21. | | | | | Sold | 05/31/17 | J | | |
| 22. C V S Caremark Corp | A | Int./Div. | J | T | Buy<br>(add'l) | 02/03/17 | J | | |
| 23. | | | | | Buy<br>(add'l) | 05/02/17 | J | | |
| 24. | | | | | Buy<br>(add'l) | 08/04/17 | J | | |
| 25. | | | | | Buy<br>(add'l) | 11/06/17 | J | | |
| 26. Sysco Corporation | A | Int./Div. | K | T | Buy<br>(add'l) | 01/30/17 | J | | |
| 27. | | | | | Buy<br>(add'l) | 05/01/17 | J | | |
| 28. | | | | | Buy<br>(add'l) | 07/31/17 | J | | |
| 29. | | | | | Buy<br>(add'l) | 10/30/17 | J | | |
| 30. Becton Dickinson & Co | A | Int./Div. | K | T | Buy<br>(add'l) | 01/03/17 | J | | |
| 31. | | | | | Buy<br>(add'l) | 04/03/17 | J | | |
| 32. | | | | | Buy<br>(add'l) | 07/03/17 | J | | |
| 33. | | | | | Buy<br>(add'l) | 10/02/17 | J | | |
| 34. Express Scripts Inc | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Unitedhealth Group Inc | | None | | | Sold | 03/15/17 | K | D | |
| 36. Teva Pharm Inds Ltd Adrf | | None | | | Sold | 02/09/17 | J | | |
| 37. Bank of New York Mellon C | A | Int./Div. | K | T | Buy (add'l) | 02/13/17 | J | | |
| 38. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 39. | | | | | Buy (add'l) | 08/14/17 | J | | |
| 40. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 41. Wells Fargo & Co New | A | Int./Div. | K | T | Buy (add'l) | 03/02/17 | J | | |
| 42. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 43. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 44. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 45. A F L A C Inc | A | Int./Div. | K | T | Buy (add'l) | 03/02/17 | J | | |
| 46. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 47. | | | | | Sold (part) | 09/01/17 | J | A | |
| 48. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 49. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 50. H C P Inc | A | Int./Div. | J | T | Buy (add'l) | 03/03/17 | J | | |
| 51. | | | | | Buy (add'l) | 05/24/17 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 53. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 54. Cisco Systems Inc | | None | | | Buy (add'l) | 01/26/17 | J | | |
| 55. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 56. | | | | | Sold | 05/31/17 | K | D | |
| 57. Visa Inc Class A | A | Int./Div. | K | T | Buy (add'l) | 03/08/17 | J | | |
| 58. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 59. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 60. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 61. Western Union Company | A | Int./Div. | K | T | Buy (add'l) | 01/03/17 | J | | |
| 62. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 63. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 64. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 65. Cognizant Tech Sol Cl A | | None | K | T | Buy (add'l) | 03/24/17 | J | | |
| 66. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 67. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 68. | | | | | Buy (add'l) | 12/01/17 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oracle Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/27/17 | J | | |
| 70. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 71. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 72. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 73. A T & T New | A | Int./Div. | J | T | Buy (add'l) | 02/02/17 | J | | |
| 74. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 75. | | | | | Buy (add'l) | 08/02/17 | J | | |
| 76. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 77. Entergy Corp New | A | Int./Div. | J | T | Buy (add'l) | 03/02/17 | J | | |
| 78. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 79. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 80. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 81. Salle Mae Bank CD | A | Int./Div. | K | T | Sold (part) | 08/15/17 | J | A | |
| 82. Discover Bank CD | B | Int./Div. | L | T | Buy (add'l) | 06/30/17 | K | | |
| 83. | | | | | Sold (part) | 08/08/17 | J | | |
| 84. | | | | | Buy (add'l) | 10/30/17 | K | | |
| 85. BMW Bank North America C | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. GE Cap Bk Instl CD | A | Int./Div. | J | T | | | | | |
| 87. GE Cap Retail Bank | A | Int./Div. | K | T | | | | | |
| 88. CIT Bank CD | A | Int./Div. | K | T | | | | | |
| 89. Schwab Govt Money Fund | A | Interest | K | T | | | | | |
| 90. Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 91. Nucor Corp | A | Int./Div. | J | T | | | | | |
| 92. Pepsico Incorporated | A | Int./Div. | K | T | Buy (add'l) | 01/09/17 | J | | |
| 93. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 94. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 95. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 96. Berkshire Hathaway Cl B | | None | K | T | | | | | |
| 97. Apple Computer Inc. | A | Int./Div. | K | T | | | | | |
| 98. Vodafone Group Plc | A | Int./Div. | J | T | Buy (add'l) | 03/24/17 | J | | |
| 99. Kinder Morgan Inc. | A | Int./Div. | K | T | Buy (add'l) | 02/16/17 | J | | |
| 100. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 101. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 102. | | | | | Buy (add'l) | 11/16/17 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  United Technologies Corp | A | Int./Div. | K | T | Buy (add'l) | 03/13/17 | J | | |
| 104. | | | | | Buy (add'l) | 06/13/17 | J | | |
| 105. | | | | | Buy (add'l) | 09/12/17 | J | | |
| 106. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 107.  TJX Cos Inc | A | Int./Div. | K | T | Buy (add'l) | 03/03/17 | J | | |
| 108. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 109. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 110. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 111.  Amgen Incorporated | A | Int./Div. | K | T | Buy (add'l) | 03/09/17 | J | | |
| 112. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 113. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 114. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 115.  Baxter International Inc. | | None | | | Sold | 03/15/17 | K | D | |
| 116.  PNC Finl Services Gp Inc | A | Int./Div. | K | T | | | | | |
| 117.  UPS of America | B | Int./Div. | K | T | | | | | |
| 118.  Boeing Company | B | Int./Div. | K | T | | | | | |
| 119.  Goldman Sachs Bank CD | B | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  GE Capital Bank CD | A | Int./Div. | K | T | | | | | |
| 121.  Toronto Dominion Bank | A | Int./Div. | K | T | | | | | |
| 122.  Grainger W W Inc. | | None | | | Buy (add'l) | 03/02/17 | J | | |
| 123. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 124. | | | | | Sold | 07/19/17 | J | | |
| 125.  Mc Cormick & Co Inc. N-Vt | | None | | | Buy (add'l) | 01/18/17 | J | | |
| 126. | | | | | Sold | 03/23/17 | K | C | |
| 127.  Qualcomm Inc. | | None | | | Buy (add'l) | 03/23/17 | J | | |
| 128. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 129. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 130. | | | | | Sold | 11/06/17 | K | B | |
| 131.  Potash Corp Sask Inc. | | None | | | Sold | 06/29/17 | J | | |
| 132.  Emerson Electric Co | A | Int./Div. | K | T | Buy (add'l) | 03/13/17 | J | | |
| 133. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 134. | | | | | Buy (add'l) | 09/12/17 | J | | |
| 135. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 136.  Genuine Parts Co. | A | Int./Div. | K | T | Buy (add'l) | 01/04/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 138. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 139. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 140. Procter & Gamble Co | B | Int./Div. | K | T | Buy (add'l) | 01/24/17 | J | | |
| 141. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 142. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 143. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 144. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 145. Johnson & Johnson | A | Int./Div. | K | T | Buy (add'l) | 03/15/17 | J | | |
| 146. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 147. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 148. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 149. IAC/InterActiveCorp | | None | | | Sold | 10/02/17 | K | D | |
| 150. VF Corporation | A | Int./Div. | K | T | Buy (add'l) | 03/21/17 | J | | |
| 151. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 152. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 153. | | | | | Buy (add'l) | 12/19/17 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Johnson Controls plc | A | Int./Div. | K | T | Buy (add'l) | 03/24/17 | J | | |
| 155.  Fortis Inc | | None | | | Sold | 02/10/17 | J | A | |
| 156.  Adient PLC Ord | A | Int./Div. | J | T | | | | | |
| 157.  Western Digital Corp | | None | K | T | Buy (add'l) | 01/18/17 | J | | |
| 158. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 159. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 160. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 161.  Shire PLC ADR | A | Int./Div. | J | T | | | | | |
| 162.  Alliance Data Systems | A | Int./Div. | K | T | Buy (add'l) | 03/20/17 | J | | |
| 163. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 164. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 165. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 166.  Quality Care Properties REIT | | None | | | Sold | 08/09/17 | J | | |
| 167.  Hospitality Pptys TRUST | A | Int./Div. | J | T | Buy (add'l) | 02/22/17 | J | | |
| 168. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 169. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 170. | | | | | Buy (add'l) | 11/17/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Whirlpool Corp | A | Int./Div. | K | T | Buy (add'l) | 03/16/17 | J | | |
| 172. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 173. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 174. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 175. Expeditors Intl of WA Inc. | A | Int./Div. | K | T | Buy | 02/14/17 | K | | |
| 176. Community Trust CD | A | Int./Div. | J | T | Buy | 08/08/17 | J | | |
| 177. Smucker J. M. Co New | A | Int./Div. | K | T | Buy | 11/28/17 | K | | |
| 178. Celgene Corp | | None | K | T | Buy | 11/28/17 | K | | |
| 179. Verizon Communications | A | Int./Div. | J | T | Buy | 10/25/17 | J | | |
| 180. Altria Group Inc. | A | Int./Div. | K | T | Buy | 01/24/17 | K | | |
| 181. Adobe Systems Inc. | A | Int./Div. | K | T | Buy | 10/30/17 | K | | |
| 182. Exxon Mobil Corporation | A | Int./Div. | K | T | Buy | 10/25/17 | K | | |
| 183. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 184. Compass Minerals Intl | A | Int./Div. | J | T | Buy | 06/20/17 | J | | |
| 185. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 186. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 187. Air Prod & Chemicals Inc | A | Int./Div. | J | T | Buy | 10/25/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  FedEx Corporation | A | Int./Div. | K | T | Buy | 10/25/17 | K | | |
| 189.  Nike Inc Class B | A | Int./Div. | K | T | Buy | 06/20/17 | K | | |
| 190. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 191.  Disney Walt Co | A | Int./Div. | K | T | Buy | 10/25/17 | K | | |
| 192.  Hanesbrands Inc. | A | Int./Div. | K | T | Buy | 03/24/17 | K | | |
| 193. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 194. | | | | | Buy (add'l) | 09/07/17 | J | | |
| 195. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 196.  Pfizer Incorporated | A | Int./Div. | K | T | Buy | 10/25/17 | K | | |
| 197. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 198.  Roche Hldg Ltd Spon Adrf | | None | K | T | Buy | 03/24/17 | K | | |
| 199.  Sabre Corporation | A | Int./Div. | K | T | Buy | 11/28/17 | K | | |
| 200.  Nrtn Sts Pwr Co | B | Int./Div. | K | T | Buy | 06/30/17 | K | | |
| 201.  Patterson Companies | | None | | | Buy | 03/24/17 | K | | |
| 202. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 203. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 204. | | | | | Sold | 08/23/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna S. Morgan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544